**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| DANIEL JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:05-CV-2027 CAS |
| ) | |
| ONEBEACON INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF REMAND

This matter is before the Court on documents filed by the parties in response to the Order Concerning Removal issued on December 7, 2005. The Order Concerning Removal stated that the Court was not satisfied the record sufficiently demonstrated facts showing that an amount in excess of $75,000 was actually in controversy, and therefore the Court was unable to determine whether it had subject matter jurisdiction over this action. The Court granted defendant ten days in which to establish the existence of the jurisdictional amount.

In response, plaintiff filed a Stipulation which states that neither he nor his attorneys will seek damages exceeding the sum of $75,000. Defendant then filed a Memorandum to Court which consents to the remand of this action in light of plaintiff's Stipulation that he cannot seek more than $75,000 from defendant pursuant to the insurance policy at issue.

Based on the foregoing, the Court concludes that it lacks subject matter jurisdiction over this matter and the same must be remanded to state court.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is **REMANDED** to the Circuit Court of the City of St. Louis, Missouri, from which it was removed, for lack of subject matter jurisdiction. See 28 U.S.C. § 1447(c).

/s/ Charles A. Shaw
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  21st  day of December, 2005.